938 A.2d 982

**Russell SELBY, Petitioner,**

**v.**

**Thomas CORBETT, Attorney General for the Commonwealth of Penna., James T. Wynder, Superintendent at SCI–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.**

**No. 180 EM 2007.**

Supreme Court of Pennsylvania.

Dec. 12, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of December, 2007, the Application to File Original Process is granted. The "Petition Pro Breve d' Habeas Corpus ad subjiciendum writ of Habeas Corpus" is denied.